

FILED

APR - 6 2021

RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

# UNITED STATES DISTRICT COURT
## District of ~~Kansas~~ W. Va.

(chief) Col. Michael S. OwlFeather-Gorbey
_____
Plaintiff/Petitioner

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF FEES
AND AFFIDAVIT BY A PRISONER**
under §1915(9) Imminent Danger.

Smith et al.
_____
Defendant/Respondent

**CASE NUMBER    5:21-cv-00209**

I, owlFeather-Gorbey , declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant                    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?        ☑ Yes        ☐No   (If "No," go to Part 2)

    If "Yes," state the place of your incarceration  FCI Beckley W.va.
    Are you employed at the institution?        NO
    Do you receive any payment from the institution?   NO
    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions .   Attached

2. Do you have **any** cash or checking or savings accounts? ☐ Yes ☑ No

    If "Yes," state the total amount.

3. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☑ Yes    ☐ No

If "Yes," describe the property and state its value.

(USA) Native Ancestral lands Not Available For sail. Trade. Debit Loan. letre. seizure or Forfeiture.

I declare under penalty of perjury that the above information is true and correct. To best of my Knowledge

Signed at:    _FCI Beckley WVa._            (chief) Col. michael S. Wolfeather-Gorley
            (Location)                                   (Signature)

            _4-3-21_                              _33405-013_
            (Date)                                (Inmate Number)

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

Gorbey vs. smith et. al.
Continuance Page to support leave status (g)

Page 1 of 1

(1) Retaliation moving me in a cell with a Guatamalan gang member Forcing me into gang Rule at threat of Physical Assault or death (After) I File suit & complaints on staff Allowing gang Rule over natives. Johnson vs. Warner 200 FAppx 270, 272 (4th cir. 2008)

(2) Retaliation denying me indigent Postage & writing materials & Remedy Access destroying Alternative means of Relief While Forcing me to suffer serious Physical injuries From denial of Proper medical Treatment & threats of Physical Assault & death. Boddie vs. Connecticut 401 US 371 (1971)

(3) Denial of marijuana For glaucoma While Alternative meds & Treatment May blind me or Cause other serious medical Conditions or malpractice Contract doctors. Bradley vs. Puckett 157 F3d. 122 (5th cir. 1998) Estell vs. Gamble 429 U.S. 97 (1976) martin vs. Shelton 319 F.3d. 1048. 1050 (8th cir. 2003) Allegations of ongoing serious Physical injury or of A Pattern of misconducts Evidencing the (likelihood) of imminent Danger id. serious Physical injury or death. Tsosie vs. Garrett 409 Fed. Appx 262 (2010)(Citing) Napier vs. Presticka 314 F.3d. 528. 531-32 (11th cir. 2002) Therefore. I Gorbey Qualify For & seek leave to Proceed IFP under 31915 (g) imminent Danger Exception.

(Chief) Col. michael S. owl Feather-Gorbey
monacan nation
DC DOC 317611 Fed. 33405-013
Fci Beckley
Po Box 350
1600 industrial Park Road
Beaver. W. Va. 25813.

C.A. No. _____

## CERTIFICATION OF PRISON ACCOUNT STATEMENT

**NOTICE TO PRISONER:**   You must submit to this Court a certified copy of your prison trust fund account statement (or institutional equivalent) for each institution in which you have been confined for the six-month period immediately preceding the date of this application.   28 U.S.C. §1915(a)(2).   If you were housed in more than one institution in the past 6 months, a copy of the certification must be completed by each institution.    The following certification from an authorized officer of your institution(s) must accompany the account statement(s):

**NOTICE TO PRISON OFFICIALS:**   Pursuant to the Prison Litigation Reform Act, you will be obligated to forward payments to the appropriate United States District Court if the prisoner herein is granted leave to proceed <u>in forma pauperis</u>.   28 U.S.C. § 1915(b)(2). Pursuant to that statute, once an initial partial fee is paid, the prison official in charge of the prisoner's account must forward monthly payments of 20% of the income credited to the prisoner's account during the preceding month, each time the amount in the account exceeds $10, until the entire filing and/or docketing fee has been paid.

I certify that the attached trust fund account statement (or institutional equivalent) is true and correct.

_____
Authorized Officer of Institution

(Rev. 5/00).

## Inmate Statement

| | | |
|---|---|---|
| **Inmate Reg #:** | 33405013 | |
| **Inmate Name:** | GORBEY, MICHAEL | |
| **Report Date:** | 03/03/2021 | |
| **Report Time:** | 5:24:27 PM | |

| | |
|---|---|
| **Current Institution:** | Beckley FCI |
| **Housing Unit:** | BEC-A-B |
| **Living Quarters:** | A03-314U |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| BEC | 3/3/2021 3:23:32 PM | TL0303 | | | TRUL Withdrawal | ($2.00) | | $2.51 |
| BEC | 2/24/2021 9:14:56 AM | 53 | | | Sales | ($22.20) | | $4.51 |
| BEC | 2/24/2021 7:19:11 AM | TL0224 | | | TRUL Withdrawal | $2.00 | | $26.71 |
| BEC | 2/8/2021 9:23:18 AM | 67 | | | Sales | ($72.40) | | $24.71 |
| BEC | 2/3/2021 9:02:28 AM | 64 | | | Sales | ($80.45) | | $97.11 |
| BEC | 2/2/2021 11:36:49 AM | TL0202 | | | TRUL Withdrawal | ($15.00) | | $177.56 |
| BEC | 2/1/2021 12:10:47 AM | UCUMD004 - 107 | | | Debt Encumbrance - Released | | $120.00 | -------- |
| BEC | 2/1/2021 12:10:47 AM | UCUMD010 - 108 | | | Debt Encumbrance - Released | | $120.00 | -------- |
| BEC | 2/1/2021 12:10:47 AM | UCUMD012 - 109 | | | Debt Encumbrance - Released | | $120.00 | -------- |
| BEC | 2/1/2021 12:10:47 AM | UCUMD010 | 1105 | | PLRA Payment | ($120.00) | | $312.56 |
| BEC | 2/1/2021 12:10:47 AM | UCUMD012 | 1104 | | PLRA Payment | ($120.00) | | $432.56 |
| BEC | 2/1/2021 12:10:47 AM | UCUMD004 | 1106 | | PLRA Payment | ($120.00) | | $192.56 |
| BEC | 1/29/2021 12:10:30 AM | WLEWD006 - 115 | | | Debt Encumbrance - Released | | $12.60 | -------- |
| BEC | 1/29/2021 12:10:30 AM | VLEWD037 - 112 | | | Debt Encumbrance - Released | | $10.50 | -------- |
| BEC | 1/29/2021 12:10:30 AM | WLEWD005 - 114 | | | Debt Encumbrance - Released | | $9.90 | -------- |
| BEC | 1/29/2021 12:10:30 AM | VLEWD027 - 110 | | | Debt Encumbrance - Released | | $6.04 | -------- |
| BEC | 1/29/2021 12:10:30 AM | VLEWD035 - 111 | | | Debt Encumbrance - Released | | $6.00 | -------- |
| BEC | 1/29/2021 12:10:30 AM | WLEWD003 - 113 | | | Debt Encumbrance - Released | | $2.40 | -------- |
| BEC | 1/29/2021 12:10:30 AM | VLEWD027 - 88 | | | Debt Encumbrance - Released | | $0.11 | -------- |
| BEC | 1/29/2021 12:10:30 AM | WLEWD003 | | | Photo Copies | ($2.40) | | $575.06 |
| BEC | 1/29/2021 12:10:30 AM | VLEWD035 | | | Photo Copies | ($6.00) | | $587.96 |
| BEC | 1/29/2021 12:10:30 AM | VLEWD027 | | | Photo Copies | ($6.15) | | $593.96 |
| BEC | 1/29/2021 12:10:30 AM | WLEWD005 | | | Photo Copies | ($9.90) | | $565.16 |
| BEC | 1/29/2021 12:10:30 AM | VLEWD037 | | | Photo Copies | ($10.50) | | $577.46 |
| BEC | 1/29/2021 12:10:30 AM | WLEWD006 | | | Photo Copies | ($12.60) | | $552.56 |
| BEC | 1/28/2021 5:10:06 AM | 70126301 | | | Lockbox - CD | $600.00 | | $600.11 |
| BEC | 1/28/2021 5:10:06 AM | WLEWD003 - 113 | | | Debt Encumbrance | | ($2.40) | -------- |
| BEC | 1/28/2021 5:10:06 AM | VLEWD035 - 111 | | | Debt Encumbrance | | ($6.00) | -------- |
| BEC | 1/28/2021 5:10:06 AM | VLEWD027 - 110 | | | Debt Encumbrance | | ($6.04) | -------- |
| BEC | 1/28/2021 5:10:06 AM | WLEWD005 - 114 | | | Debt Encumbrance | | ($9.90) | -------- |
| BEC | 1/28/2021 5:10:06 AM | VLEWD037 - 112 | | | Debt Encumbrance | | ($10.50) | -------- |
| BEC | | | | | Debt Encumbrance | | ($12.60) | -------- |

*Gorbey [illegible]*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 1/28/2021 5:10:06 AM | WLEWD006 - 115 | | | | | |
| BEC | 1/28/2021 5:10:06 AM | UCUMD004 - 107 | | Debt Encumbrance | | ($120.00) | -------- |
| BEC | 1/28/2021 5:10:06 AM | UCUMD010 - 108 | | Debt Encumbrance | | ($120.00) | -------- |
| BEC | 1/28/2021 5:10:06 AM | UCUMD012 - 109 | | Debt Encumbrance | | ($120.00) | -------- |
| BEC | 1/14/2021 4:13:50 AM | TX011421 | | Transfer - In from TRUFACS | $0.11 | | $0.11 |
| BEC | 1/14/2021 4:13:50 AM | VLEWD027 - 88 | | Debt Encumbrance | | ($0.11) | -------- |

**Total Transactions: 37**

**Totals:** $2.51   $0.00

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| BEC | $2.51 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2.51 |
| Totals: | $2.51 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2.51 |

### Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | Natioanl 6 Months Avg Daily Balance | Local Max Balance - Prev 30 Days | Average Balance - Prev 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $600.00 | $597.60 | $19.65 | $552.56 | $37.59 | N/A | N/A |

I owl Feather - Gorbey declare that my present balance is $0.01 & I Have not Had Any other deposits to my Account. As of 4-2-21
28 USC § 1746 & 18 USC § 1621

(chief) Col. Michael S. owl Feather - Gorbey
Monacan Nation
DC DOC 317611  Fed. 33405-013
FCI Beckley W Va.
Po Box 350
1600 Industrial Park Road
Beaver . W. va. 25813